UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BILLY PAUL SHERMAN II, | ) | CASE NO. ED CV 11-00709 RZ |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE SANCTIONS |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

By order filed April 16, 2012, the Court reopened this case and Defendant was ordered to file and serve a responsive pleading and certified administrative record within 30 days. The docket shows that, as late as the date of this Order, Defendant has not filed his Answer and certified administrative record. Defendant has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days from the filing date of this Order, Defendant shall show cause in writing why he should not be sanctioned including but not limited to an order that he pay monetary sanctions for his failure to comply with the Court's orders. The filing of Defendant's Answer within 20 days, shall discharge the order to show cause.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the attorneys for all parties appearing in this action.

DATED: May 29, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -